AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Charles Ray Edwards | ) | Case No: 93-10002-01 |
| | ) | USM No: 04462-010 |
| Date of Previous Judgment: _____07/29/1993_____ | ) | Jack Schisler |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _292 months_____ months **is reduced to** _240 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 240 to 293 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __07/29/1993__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _March 31, 2008_

Judge's signature

Effective Date: _____
(if different from order date)

Jimm Larry Hendren, Chief U.S. District Judge
Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 3 1 2008

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK