≈AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA  
V.  
**CHARLES RAY EDWARDS**

JUDGMENT IN A CRIMINAL CASE  
(For **Revocation** of Probation or Supervised Release)

Case Number:       1:93CR10002-01  
USM Number:        04462-010  

Matthew F. Golden  
Defendant's Attorney

**THE DEFENDANT:**

X  admitted to violation of condition(s) __New Law; Standard Conditions 6, 7, 8, 9__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Delivery of cocaine base | 08/02/2012 |
| Standard Condition #6 | Not living at reported address | 12/31/2012 |
| Standard Condition #7 | Use of controlled substances - marijuana | 01/04/2013 |
| Standard Condition #8 | Frequenting places where drugs are sold | 12/31/2012 |
| Standard Condition #9 | Association with persons engaged in criminal activity | 12/31/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment, with the court considering the sentencing guidelines as non-binding and advisory only.

X  The defendant has not violated condition(s) __New Law (Poss of Firearm)__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  XXX-XX-1048  
Defendant's Date of Birth:  XX/XX/1957

February 20, 2014  
Date of Imposition of Judgment

_/s/_  
Signature of Judge

Defendant's Residence Address:  
XXXXXXXXXXXXXX  
Crossett, AR 71635

Honorable Jimm Larry Hendren, Senior United States District Judge  
Name and Title of Judge

February 21, 2014  
Date

Defendant's Mailing Address:  
same

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: **CHARLES RAY EDWARDS**
CASE NUMBER: **1:93CR10002-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **Forty-six (46) months** to run concurrently with the defendant's undischarged term of imprisonment out of Ashley County, Arkansas District Court, case CR2013-17-1. The Court recommends the defendant's place of service for the federal sentence be the Arkansas state facility where the defendant is serving his undischarged state sentence. The defendant will get credit for the time he has already served in federal custody. No term of supervised release is imposed.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL